# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER LYNN WEIKSNER,** | CASE NO. 20-cv-05415-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| **SUN VALLEY COMPANY, ET AL.,** | |
| Defendants. | |

By Order issued September 9, 2020, plaintiff Jennifer Weiksner was directed to file, by no later than September 14, 2020, a response to defendant Sun Valley Company's pending motion to dismiss or transfer. (Dkt. No. 16.) As of the date of this order, and despite being represented by counsel, plaintiff has not filed any such response, or any other documents since the case was removed to this Court on August 5, 2020. Accordingly, having failed to pursue this action, and pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**